AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| METAMETRICS, INC., <br><br> *Plaintiff(s)* <br> v. <br> JEFFREY STRICKLER, <br> an individual, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:17-cv-1059 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jeffrey Strickler
2950 NE 32nd Place
Portland, OR 97212

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeff Pitzer
PITZER LAW
101 SW Main Street, Suite 805
Portland, OR 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **07/06/2017**

**By: s/Matthew S. Kenney, Deputy Clerk**